AO91 (Rev. 12/03)  Criminal Complaint                                                                                         AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Francisco LOPEZ <br> AKA Francisco FRANCISCO-Lopez <br> IAE A087 996 314 <br> Guatemala 1990 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:16-po-03825 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 08, 2016__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

**Francisco LOPEZ was encountered by Border Patrol Agents near Sullivan City, Texas on August 8, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on August 8, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Chan, Jon  Border Patrol Agent
Signature of Complainant

Chan, Jon    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 10, 2016                                                                at       McAllen, Texas
Date                                                                                             City/State

Nancy K Johnson         United States Magistrate Judge
Name of Judge               Title of Judge                                      Signature of Judge